UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY DREIBELBIS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:19-cv-4946 |
| | : | |
| COUNTY OF BERKS, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 7th day of February, 2020, upon consideration of the Defendant's motion to dismiss the Complaint for failure to state a claim, ECF No. 6, and for the reasons set forth in the Opinion of this date, **IT IS HEREBY ORDERED THAT:**

Defendant's motion to dismiss, ECF No. 6, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court